DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DOMINIQUE WRIGHT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1412

[September 15, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline C. Shepherd, Judge; L.T. Case No. 50-2008-CF-004966-BXXX-MB.

Dane K. Chase of Chase Law Florida, P.A., Saint Petersburg, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See State v. Mancino*, 705 So. 2d 1379, 1381 (Fla. 1998).

LEVINE, FORST and KUNTZ, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*